UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Jeffrey M. Smith

               v.

                                   Case No. 14-cv-423-SM

William L. Wrenn, Commissioner, NH
Department of Corrections, et al.


O R D E R

After due consideration of the objection filed to the December 1, 2014, Report and Recommendation of Magistrate Judge Andrea K. Johnstone (document no. 7), and there being no objection filed to the April 7, 2015, Report and Recommendation of Magistrate Judge Andrea K. Johnstone (document no. 11), I herewith approve the Reports and Recommendations for the reasons set forth therein. Plaintiff's complaint is hereby dismissed.

"'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir.

1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

SO ORDERED.

_____
Steven J. McAuliffe
United States District Judge

Date: May 1, 2015

cc: Jeffrey M. Smith, pro se